*Charles H. Tuttle, Carl E. Peterson* and *Murray C. Bernays* for appellant.

*Charles L. Craig* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDNA F. STEIGER, Appellant, *v.* WILLIAM T. COLLINS, as Acting Mayor of the City of New York, Defendant, and CHARLES L. CRAIG, as Comptroller of the City of New York, Respondent.

*New York city — civil service — commissioner of accounts without power to appoint unauthorized expert investigator and examiner.*

*Matter of Steiger* v. *Collins*, 213 App. Div. 76, affirmed.

(Argued October 7, 1925; decided October 27, 1925.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1925, which reversed an order of Special Term granting a motion for a peremptory order of mandamus to compel the comptroller of the city of New York to audit and pay relator her claim for services rendered as an alleged expert investigator and examiner in the office of the commissioner of accounts at compensation fixed by such commissioner. The Appellate Division held that the commissioner of accounts had no power to employ an " expert " under the conditions disclosed by the record and had at his disposal no such office either within or without the classified service.

*Wilber W. Chambers* for appellant.

*Charles L. Craig* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.